MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com/michaeljmiceli@gmail.com
Attorney for Defendant
DANIEL NATHAN

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
SEP - 6 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00368- VCF |
| Plaintiff, | ORDER |
| v. | ~~STIPULATION~~ AND ORDER TO CONTINUE PRELIMINARY EXAMINATION |
| DANIEL NATHAN, | (THIRD REQUEST) |
| Defendant. | |

IT IS HEREBY STIPULATED by and between DANIEL NATHAN, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and the United States of America, ROBERT KNIEF, Assistant United States Attorney, that the preliminary examination hearing currently scheduled for September 6, 2019 at 4:00 p.m., be vacated and reset to a date and time convenient to the Court but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Defendant is not currently incarcerated and on Pretrial Release.

3. The parties need additional time to discuss potential pre-indictment resolutions that may obviate the need to proceed with the preliminary hearing.

4. The parties need a continuance to review discovery and discuss possible defendse and otherwise prepare for the preliminary hearing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request for a continuance of the preliminary.

DATED this 5th day of September 2019.

| PITARO & FUMO, CHTD. | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| /s/<br>MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>ROOSEVELT JONES | /s/<br>ROBERT KNIEF, ESQ.<br>ASSISTANT UNITED STATES ATTORNEYS<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-mj-00368- VCF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DANIEL NATHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Defendant is not currently incarcerated and on Pretrial Release.

3. The parties need additional time to discuss potential pre-indictment resolutions that may obviate the need to proceed with the preliminary hearing.

4. The parties need a continuance to review discovery and discuss possible defendse and otherwise prepare for the preliminary hearing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request for a continuance of the preliminary.

## ORDER

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy preliminary hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for a preliminary hearing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the preliminary examination in the above captioned matter currently scheduled for September 6, 2019 at 4:00 p.m., be vacated and continued to __November 12__, 2019, at 4:00 p.m.

DATED this __6th__ of __September__, 2019.

~~U.S. DISTRICT JUDGE~~

CAM FERENBACH
U.S. MAGISTRATE JUDGE