1  MICHAEL J MICELI, ESQ.
   Nevada bar No. 10151
2  PITARO & FUMO, CHTD.
   601 LAS VEGAS BOULEVARD, SOUTH
3  LAS VEGAS, NEVADA 89101
   Phone: 702.474.7554 Fax: 702-474-4210
4  Email: kristine.fumolaw@gmail.com/michaeljmiceli@gmail.com
   Attorney for Defendant
5  DANIEL NATHAN

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          FEB 1 0 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY_____ DEPUTY
```

6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
                             * * *
8

9  UNITED STATES OF AMERICA,        )    2:19-mj-00368- VCF
                                    )
10                                  )
                                    )    ORDER
11            Plaintiff,            )
                                    )    STIPULATION AND ORDER TO
12  v.                              )    CONTINUE PRELIMINARY
                                    )    EXAMINATION
13                                  )
    DANIEL NATHAN,                  )
14                                  )    (FIFTH REQUEST)
                                    )
15            Defendant.            )
   _____)
16

17       IT IS HEREBY STIPULATED by and between DANIEL NATHAN, Defendant, by and

18  through his counsel MICHAEL J MICELI, ESQ, and the United States of America, ROBERT

19  KNIEF, Assistant United States Attorney, that the preliminary examination hearing currently

20  scheduled for February 10, 2020 at 4:00 p.m., be vacated and reset to a date and time convenient

21  to the Court but no sooner than thirty (30) days.

22       This Stipulation is entered into for the following reasons:

23       1.  Counsel has spoken to the Defendant and he has no objections to the continuance.

24
         2.  Defendant is not currently incarcerated and on Pretrial Release.
25

26       3.  Defendant has signed a Plea Agreement.

27       4.  The parties need a continuance to get all documents to the Court to set a change of

28          plea hearing.

                                     -1-

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the fifth request for a continuance of the preliminary.

DATED this 10th day of February 2020.

PITARO & FUMO, CHTD.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

/s/
MICHAEL J. MICELI, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
ATTORNEY FOR DEFENDANT
DANIEL NATHAN

/s/
ROBERT KNIEF, ESQ.
ASSISTANT UNITED STATES ATTORNEYS
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,            )        2:19-mj-00368- VCF
                                     )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )
                                     )
DANIEL NATHAN,                       )
                                     )
                                     )
            Defendant.               )
_____    )

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Defendant is not currently incarcerated and on Pretrial Release.

3. Defendant has signed a Plea Agreement.

4. The parties need a continuance to get all documents to the Court to set a change of plea hearing.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the fifth request for a continuance of the preliminary.

## ORDER

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy preliminary hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for a preliminary hearing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the preliminary examination in the above captioned matter currently scheduled for February 10, 2020 at 4:00 p.m., be vacated and continued to *March 10*, 20*20*, at 4:00 p.m. *Courroom 3D*.

DATED this *10th* of *February*, 2020.

_____
~~U.S. DISTRICT JUDGE~~

CAM FERENBACH
U.S. MAGISTRATE JUDGE