MICHAEL J MICELI, ESQ.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com/michaeljmiceli@gmail.com
Attorney for Defendant
DANIEL NATHAN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-00021-RFB-NJK-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| DANIEL NATHAN, | ) | |
| | ) | (**1ST REQUEST**) |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between DANIEL NATHAN, Defendant, by and through his counsel MICHAEL J MICELI, ESQ, and the United States of America, ROBERT KNIEF, Assistant United States Attorney, that the sentencing hearing currently scheduled for May 28, 2020 at 10:00 a.m., be vacated and reset to a date and time convenient to the Court but no sooner than sixty ~~thirty~~ (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Defendant is not in custody and is out on Pretrial Release.

3. Defendant is currently very ill and has been in and out of the hospital.

4. Defendant needs additional time to get his documents to his probation officer to get the Presentence Investigation report completed.

-1-

5. Probation was given a due date of April 10 to get the Presentence Investigation Report, but Defendant is very ill and will not be able to produce the required documents on time.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the first request for a continuance of the sentencing.

DATED this 31st day of March 2020.

| | |
|---|---|
| PITARO & FUMO, CHTD. | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
| /s/<br>MICHAEL J. MICELI, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>DANIEL NATHAN | /s/<br>ROBERT KNIEF, ESQ.<br>ASSISTANT UNITED STATES ATTORNEYS<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00021-RFB-NJK-1 |
| Plaintiff, | |
| v. | |
| DANIEL NATHAN, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to the Defendant and he has no objections to the continuance.

2. Defendant is not in custody and is out on Pretrial Release.

3. Defendant is currently very ill and has been in and out of the hospital.

4. Defendant needs additional time to get his documents to his probation officer to get the Presentence Investigation report completed.

5. Probation was given a due date of April 10 to get the Presentence Investigation Report, but Defendant is very ill and will not be able to produce the required documents on time.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. This is the first request for a continuance of the sentencing.

## **ORDER**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy preliminary hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the Sentenicng in the above captioned matter currently scheduled for May 28, 2020 at 10:00 a.m., be vacated and continued to ___August 4___, 20_20_, at 10:00 a.m.

DATED this _21st_ of _May_, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE